HewdersoN, Judge,
 

 delivered the opinion of the Court:
 

 This is a motion for a Certiorari, grounded on the papers returned to the present term between the s ame parties. Those papers are the Plaintiff’s affidavit, the record of a suit in Halifax Superior Court, between Austin Plaintiff, and Rodman Defendant, with a statement of the presiding Judge. From a view of these papers, we are of opinion,
 
 *254
 
 that a Certiorari should not issue j for it would be entirely useless. The record does not exhibit those grounds of complaint stated in the affidavit, and we must, upon a view pronounce the same judgment that ivas pronounced in the Court below, whatever might be our opinion if the Judge’s statement formed a part of the case. — But so far from its being entered on the record, it is not even referred to ; and we cannot perceive how we can incorporate it with, or make it a part of the case. It might possibly be made at the time the cause was tried, or it might have been made a month afterwards. It would, therefore, be vain and useless to issue the writ. — The motion must be disallowed.